# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re:                              )
                                    )
Sofia Maxman,                       )    Case No.: 11-20414
                                    )    Chapter: 7
         Debtor                     )
                                    )

## **Motion to Reopen and Reinstate Case**

Now comes the debtor and moves this honorable Court to allow reopening and reinstatement this case for the following reasons.

1. The debtor filed a chapter 7 bankruptcy on June May 12, 2011 and received her discharge on April 4, 2012 .

2. Debtor Wishes to reopen case to remove the lien by New England Pheonix Co.Inc.

4 The creditor never had her lien removed.

WHEREFORE, the debtor prays that the Court Reopens this case for this purpose..

*Sofia Maxman* (signature)
Sofia Maxman
149 Winslow Road
Waban, MA 02468
`617-332-1377

FILING FEE NOT PAID

2014 DEC 10 PM 2 44
US BANKRUPTCY COURT

1

## CERTIFICATE OF SERVICE

The undersigned, hereby certifies that a copy of the attached foregoing Debtors Motion to reopen and reinstate case was served this 10th day of December 2014 on the following by U.S. Mail:

Date: December 10, 2014

*Sofia Maxman* (signature)

Sofia Maxman
149 Winslow Road
Waban, MA 020468
617-332-1377

2014 DEC 10 PM 2 44
US BANKRUPTCY COURT



CCH Inc.
Editorial Library
2700 Lake Cook Road
Attn: Court Opinion Processing
Riverwoods, IL 60015-3867

Experian
P.O. Box 2002
Allen, TX 75013-2002

Honorable James F. Queenan, Jr.
770 Salisbury Street
Unit 209
Worcester, MA 01609-1166

Honorable Judge Diane Finkle
U.S. Bankruptcy Court
The Federal Center
380 Westminister Mall
Providence, RI 02903-3246

LPR Publications
Department 240F
360 Hiatt Drive
Palm Beach Gardens, FL 33418-7106

Massachusetts Lawyers Weekly
41 West Street
 Attn:  Publication Dept.
Boston, MA 02111-1235

Office of the U.S. Trustee
446 Main Street
4th Floor
Attn:  Richard King
Worcester, MA 01608-2302

Transunion
P.O. Box 1000
Chester, PA 19016-1000

West Group
Cases Content Center  D4-40
610 Opperman Drive
P.O. Box 64526
St. Paul, MN 55164-1003

Bloomberg
100 Business Park Drive
P.O. Box 888
Attn: Data Law Collections Group
Princeton, NJ 08542-0888

CHIEF COUNSEL, LEGAL DEPARTMENT
DEPARTMENT OF UNEMPLOYMENT ASSISTANCE
COMMONWEALTH OF MASSACHUSETTS
19 STANIFORD STREET,1ST FLOOR
BOSTON, MA 02114-2502

Honorable Frank J. Bailey
U.S. Bankruptcy Court
5 Post Office Square and Court House
Rm 1150
Boston, MA 02109

Honorable Joan N. Feeney
U.S. Bankruptcy Court
5 Post Office Square and Court House
Rm 1150
Boston, MA 02222

Honorable William C. Hillman
U.S. Bankruptcy Court
5 Post Office and Court House
Rm 1150
Boston, MA 02109-3934

Loislaw.com
Source Acquisition Ass't
105 North 28th Street
Van Buren, AR 72956-5005

Matthew Bender & Co., Inc.
Two Park Avenue
New York, NY 10016-5675

Source Acquisition
Lexis-Nexis
9393 Springboro Pike
P.O. Box 933
Dayton, OH 45401-0933

UNITED STATES ATTORNEY
JOHN JOSEPH MOAKLEY
UNITED STATES FEDERAL COURTHOUSE
1 COURTHOUSE WAY, SUITE 9200
BOSTON, MA 02210-3011

Boston
U. S. Bankruptcy Court
J.W. McCormack Post Office & Court House
5 Post Office Square, Suite 1150
Boston, MA 02109-3945

Bureau of National Affairs
1801 S. Bell Street
Arlington, VA 22202-4501

Equifax
P.O. Box 740241
Atlanta, GA 30374-0241

Honorable Henry J. Boroff
U.S. Bankruptcy Court
595 Main Street
Rm 211
Worcester, MA 01608-2060

Honorable Joel B. Rosenthal
U.S. Bankrutpcy Court
595 Main Street, 3rd Floor
Worcester, MA 01608-2060

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

MASS DEPT OF REVENUE
BANKRUPTCY UNIT
PO BOX 9564
Boston, MA 02114-9564

Office of the U.S. Trustee
10 Causeway Street
Attn:  John Fitzgerald
Boston, MA 02222-1043

The Law Reporter
P.O Box 575
Guilford, CT 06437-0575

US DEPARTMENT OF LABOR
EMPLOYEE BENEFITS
JFK FEDERAL BUILDING
ROOM 575
BOSTON, MA 02203

AdvanceMe, Inc.
2015 Vaughn Road, Bldg 500
Kennesaw, GA 30144-7831

Alliance One
4850 Street Road, Suite 300
Trevose, PA 19053-6643

Amex
P.o. Box 981535
El Paso, TX 79998-1535

Amex
P.o. Box 981537
El Paso, TX 79998-1537

Associated Credit Services, Inc
115 Flanders Road, Suite 140
Westborough, MA 01581-1087

Atlas Glen Mor
295 Eastern Ave
Chelsea, MA 02150-3344

Bank Of America
200 Tournament Dr
Horsham, PA 19044-3606

Bank Of America
ATTN: BANKRUPTCY NC4-105-03-14
Po Box 26012
Greensboro, NC 27420-6012

Bank Of America
Po Box 15971
Wilmington, DE 19850

Bank Of America
Po Box 1598
Norfolk, VA 23501-1598

Bank Of America
Po Box 17054
Wilmington, DE 19850-7054

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Barclays Bank Delaware
125 S West St
Wilmington, DE 19801-5014

Barclays Bank Delaware
ATTENTION: CUSTOMER SUPPORT DEPARTMENT
Po Box 8833
Wilmington, DE 19899-8833

Benjamin S. Kafka
O'Connor Carnathan And Mack LLC
Landmark One, 1 Van De Graaf Drive
Burlington, MA 01803-5176

Bill Me Later
Po Box 2394
Omaha, NE 68103-2394

Bonin Marashian Pc
C/O Mardic Marashian
77 Franklin Street
Boston, MA 02110-1510

Brookline Endodontics Associates, Pc
1 Brookline Place, Suite 505
Brookline, MA 02445-7277

C I T I
PO Box 6077
Sioux Falls, SD 57117-6077

CBHV
PO Box 3495
Toledo, OH 43607-0495

CODOIL.COM
PO Box 6130
Chelsea, MA 02150-0010

Cambridge Savings Bank
Po Box 206
Cambridge, MA 02139

Cap One
CAPITAL ONE BANK (USA) N.A.
Po Box 30285
Salt Lake City, UT 84130-0285

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

(p)CHASE CARD SERVICES
201 NORTH WALNUT STREET
ATTN MARK PASCALE
MAIL STOP DE1-1406
WILMINGTON DE 19801-2920

Chase
Po Box 15298
Wilmington, DE 19850-5298

Chase Auto
150 E Campusview
Worthington, OH 43235-4648

Chase Auto
201 N CENTRAL AVE
Floor 11
Phoenix, AZ 85004-1071

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Citi
Credit Bureau Disp
Sioux Falls, SD 57117

Citi
Po Box 6241
Sioux Falls, SD 57117-6241

| | | |
|---|---|---|
| Citizens Bank<br>1 Citizens Dr<br>Riverside, RI 02915-3000 | Citizens Bank<br>480 JEFFERSON BLVD<br>Rje 135<br>Warwick, RI 02886-1359 | Citizens Bank<br>One Citizens Plaza<br>Providence, RI 02903-1339 |
| Client Services, Inc<br>3451 Harry Truman Blvd<br>St Charles, MO 63301-9816 | Creditors Interchange<br>5230 Washington Street<br>West Roxbury, MA 02132-6346 | Delta Outsource Group, Inc<br>Po Box 1210<br>O'fallon, MO 63366-9010 |
| Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 | Discover Fin Svcs Llc<br>Po Box 8003<br>Hilliard, OH 43026-8003 | Dsnb Bloom<br>9111 Duke Blvd<br>Mason, OH 45040-8999 |
| Dsnb Bloom<br>BLOOMINGDALE'S BANKRUPTCY<br>Po Box 8053<br>Mason, OH 45040-8053 | Exxmblciti<br>Po Box 103104<br>Roswell, GA 30076-9104 | Exxmblciti<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| Fireman & Associates, LLP<br>145 Rosemary Street, Suite H-2<br>Needham, MA 02494-3259 | First Data<br>1307 Walt Whitman Rd<br>Melville, NY 11747-4819 | First Data<br>265 Broad Hollow R<br>Melville, NY 11747-4833 |
| Fleet M/c<br>300 N Wakefield Dr<br>Newark, DE 19702-5419 | Fleet One<br>613 Bakertown Road<br>Nashville, TN 37013-2657 | Frederick J Hanna & Associates, PC<br>1427 Roswell Road<br>Marietta, GA 30062-3668 |
| Global Client Solutions, LLC<br>4500 South 129th East Ave, Ste 177<br>Tulsa, OK 74134-5870 | Hertz<br>Local Edition, HLE Comm. Dpt 1154<br>Po Box 121154<br>Dallas, TX 75312-1154 | Lustig Glaser & Wilson, PC<br>Po Box 9127<br>Needham, MA 02492-9127 |
| McFarlane Energy<br>95 Bridge Street<br>Dedham, MA 02026-1742 | Mercantile Adjustment Bureau, LLC<br>PO Box 9016<br>Williamsville, NY 14231-9016 | Michael Theodoro, Esq.<br>Cohn & Dussi<br>300 Trade Center<br>Woburn, MA 01801-7483 |
| Morrison Law Offices<br>C/O Wayne M. Morrison<br>284 Cabot Street<br>Beverly, MA 01915-4528 | New England Phoenix Company, Inc.<br>337 Freeport Street<br>Dorchester, MA 02122-3545 | (p)NISSAN MOTOR ACCEPTANCE CORPORATION<br>LOSS RECOVERY<br>PO BOX 660366<br>DALLAS TX 75266-0366 |
| Nissan-infiniti Lt<br>Po Box 660366<br>Dallas, TX 75266-0366 | North Shore Endodontic Associates<br>6 Essex Center Drive, Suite 109<br>Peabody, MA 01960-2905 | One Communications<br>2150 Holmgren Way<br>Green Bay, WI 54304-4606 |

Peoples United Bank
850 Main St
Bridgeport, CT 06604-4904

Perkins Paper, Inc
630 John Hancock Road
Taunton, MA 02780-7380

Petro DBA Cod/ACME Oil
C/O CBHV
Po Box 831
Newburgh, NY 12551-0831

PlatePass, LLC
25274 Network Place
Chicago, IL 60673-1252

Receivables Management Associates, Inc
100 Cummings Center, Suite 309J
Beverly, MA 01915-6107

Retriever (NPC)
7851 West 185th Street, Ste 200
Tinley Park, IL 60477-6252

Safety Insurance Company
PO Box 704
Boston, MA 02117-0704

Sears/cbsd
701 East 60th St N
Sioux Falls, SD 57104-0432

Tate & Kirlin Associates
2810 Southampton Road
Philadelphia, PA 19154-1207

Td Auto Finance
5225 Crooks Rd Ste 140
Troy, MI 48098-2823

Thomas O'Keefe
O'Keefe & Gale
180 West Central Street
Natick, MA 01760-3715

Toyota Motor Credit Co
See Branch Listings
Brea, CA 92621

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

Union Realty Trust
David Zussman, Trustee
93 Union Street
Newton Center, MA 02459-2296

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Wayne M. Morrison
Morrison Law Offices
284 Cabot Street
Beverly, MA 01915-4528

Wfnnb/victorias Secret
Po Box 182124
Columbus, OH 43218-2124

Wfnnb/victorias Secret
Po Box 182128
Columbus, OH 43218-2128

Workers Credit Union
815 Main St
Fitchburg, MA 01420-3171

Zwicker & Associates, Pc
80 Minuteman Road
Andover, MA 01810-1008

Gary W. Cruickshank
Law Office of Gary W.Cruickshank
21 Custom House Street
Suite 920
Boston, MA 02110-3525

John Fitzgerald
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109-3901

Sofia Maxman
149 Winslow Road
Waban, MA 02468-1743

Yuri Levintoff
PO Box 281
Newton, MA 02456-0281

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

INTERNAL REVENUE SERVICE
INSOLVENCY GROUPS-STOP 20800
PO BOX 9112
25 NEW SUDBURY STREET
Boston, MA 02203

Bank Of America N.a.
4161 Piedmont Parkway
Greensboro, NC 27410

Cap One
Po Box 85520
Richmond, VA 23285

| | | |
|---|---|---|
| Chase<br>Po Box 1093<br>Northridge, CA  91328 | Citi<br>CITICARD CREDIT SERVICES/CENTRALIZED BAN<br>Po Box 20507<br>Kansas City, MO  64195 | (d)Citibusiness Card<br>Po Box 183051<br>Columbus, OH  43218 |
| Nissan-infiniti Lt<br>2901 Kinwest Pkwy<br>Irving, TX  75063 | Toyota Motor Credit Co<br>TOYOTA FINANCIAL SERVICES<br>Po Box 8026<br>Cedar Rapids, IA  52408 | Us Bank<br>205 W Fourth Street<br>Cincinnati, OH  45202 |
| (d)Us Bank<br>C/O US BANK BANKRUPTCY DEPT<br>Po Box 5229<br>Cincinnati, OH  45201 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)CHIEF COUNSEL, LEGAL DEPARTMENT<br>DEPARTMENT OF UNEMPLOYMENT ASSISTANCE<br>COMMONWEALTH OF MASSACHUSETTS<br>19 STANIFORD STREET,1ST FLOOR<br>Boston, MA  02114-2502 | (d)MASS DEPT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 9564<br>BOSTON, MA  02114-9564 | (d)UNITED STATES ATTORNEY<br>JOHN JOSEPH MOAKLEY<br>UNITED STATES FEDERAL COURTHOUSE<br>1 COURTHOUSE WAY, SUITE 9200<br>Boston, MA  02210-3011 |
| (d)US DEPARTMENT OF LABOR<br>EMPLOYEE BENEFITS<br>JFK FEDERAL BUILDING<br>ROOM 575<br>Boston, MA  02203 | (d)C I T I<br>PO Box 6077<br>Sioux Falls, SD  57117-6077 |  |