UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:                                              )
                                                    )
Sofia Maxman,                                       )    Case No.: 11-20414
                                                    )    Chapter: 7
            Debtor                                  )
                                                    )
                                                    )

## DEBTOR'S MOTION TO AVOID LIEN

    Now comes the debtor and moves this honorable Court to allow motion to remove the lien on her property by New England Bank Pheonix Co, Inc, at 149 Winslow Ave, Waban, MA 02468 for the following reasons.

    1. The debtor filed a chapter 7 bankruptcy on June May 12, 2011 and received her discharge on April 4, 2012 .

    2. This debt was a unsecured debt

    3 This creditor was listed in the scheduled as an unsecured debt.

    4 The creditor never had his lien removed.

    WHEREFORE, the debtor prays that the lien of New England Phoenix be removed.

*Sofia Maxman* (signature)
Sofia Maxman
149 Winslow Road
Waban, MA 02468
`617-332-1377

2014 DEC 10 PM 2 44    US BANKRUPTCY COURT

1

## CERTIFICATE OF SERVICE

The undersigned, hereby certifies that a copy of the attached foregoing Debtors Motion to Remove Lien was served this 10th day of December 2014 on the following by U.S. Mail:

Date: December 10, 2014

*Sofia Maxman* (signature)
Sofia Maxman
149 Winslow Road
Waban, MA 020468
617-332-1377

2014 DEC 10 PM 2 45
US BANKRUPTCY COURT

2

[redacted]

CCH Inc.
Editorial Library
2700 Lake Cook Road
Attn: Court Opinion Processing
Riverwoods, IL 60015-3867

Bloomberg
100 Business Park Drive
P.O. Box 888
Attn: Data Law Collections Group
Princeton, NJ 08542-0888

Bureau of National Affairs
1801 S. Bell Street
Arlington, VA 22202-4501

CHIEF COUNSEL, LEGAL DEPARTMENT
DEPARTMENT OF UNEMPLOYMENT ASSISTANCE
COMMONWEALTH OF MASSACHUSETTS
19 STANIFORD STREET, 1ST FLOOR
BOSTON, MA 02114-2502

Equifax
P.O. Box 740241
Atlanta, GA 30374-0241

Experian
P.O. Box 2002
Allen, TX 75013-2002

Honorable Frank J. Bailey
U.S. Bankruptcy Court
5 Post Office Square and Court House
Rm 1150
Boston, MA 02109

Honorable Henry J. Boroff
U.S. Bankruptcy Court
595 Main Street
Rm 211
Worcester, MA 01608-2060

Honorable James F. Queenan, Jr.
770 Salisbury Street
Unit 209
Worcester, MA 01609-1166

Honorable Joan N. Feeney
U.S. Bankruptcy Court
5 Post Office Square and Court House
Rm 1150
Boston, MA 02222

Honorable Joel B. Rosenthal
U.S. Bankrutpcy Court
595 Main Street, 3rd Floor
Worcester, MA 01608-2060

Honorable Judge Diane Finkle
U.S. Bankruptcy Court
The Federal Center
380 Westminister Mall
Providence, RI 02903-3246

Honorable William C. Hillman
U.S. Bankruptcy Court
5 Post Office and Court House
Rm 1150
Boston, MA 02109-3934

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

LPR Publications
Department 240F
360 Hiatt Drive
Palm Beach Gardens, FL 33418-7106

Loislaw.com
Source Acquisition Ass't
105 North 28th Street
Van Buren, AR 72956-5005

MASS DEPT OF REVENUE
BANKRUPTCY UNIT
PO BOX 9564
Boston, MA 02114-9564

Massachusetts Lawyers Weekly
41 West Street
Attn: Publication Dept.
Boston, MA 02111-1235

Matthew Bender & Co., Inc.
Two Park Avenue
New York, NY 10016-5675

Office of the U.S. Trustee
10 Causeway Street
Attn: John Fitzgerald
Boston, MA 02222-1043

Office of the U.S. Trustee
446 Main Street
4th Floor
Attn: Richard King
Worcester, MA 01608-2302

Source Acquisition
Lexis-Nexis
9393 Springboro Pike
P.O. Box 933
Dayton, OH 45401-0933

The Law Reporter
P.O Box 575
Guilford, CT 06437-0575

Transunion
P.O. Box 1000
Chester, PA 19016-1000

UNITED STATES ATTORNEY
JOHN JOSEPH MOAKLEY
UNITED STATES FEDERAL COURTHOUSE
1 COURTHOUSE WAY, SUITE 9200
BOSTON, MA 02210-3011

US DEPARTMENT OF LABOR
EMPLOYEE BENEFITS
JFK FEDERAL BUILDING
ROOM 575
BOSTON, MA 02203

West Group
Cases Content Center D4-40
610 Opperman Drive
P.O. Box 64526
St. Paul, MN 55164-1003

Boston
U. S. Bankruptcy Court
J.W. McCormack Post Office & Court House
5 Post Office Square, Suite 1150
Boston, MA 02109-3945

AdvanceMe, Inc.
2015 Vaughn Road, Bldg 500
Kennesaw, GA 30144-7831

Alliance One
4850 Street Road, Suite 300
Trevose, PA 19053-6643

Amex
P.o. Box 981535
El Paso, TX 79998-1535

Amex
P.o. Box 981537
El Paso, TX 79998-1537

Associated Credit Services, Inc
115 Flanders Road, Suite 140
Westborough, MA 01581-1087

Atlas Glen Mor
295 Eastern Ave
Chelsea, MA 02150-3344

Bank Of America
200 Tournament Dr
Horsham, PA 19044-3606

Bank Of America
ATTN: BANKRUPTCY NC4-105-03-14
Po Box 26012
Greensboro, NC 27420-6012

Bank Of America
Po Box 15971
Wilmington, DE 19850

Bank Of America
Po Box 1598
Norfolk, VA 23501-1598

Bank Of America
Po Box 17054
Wilmington, DE 19850-7054

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Barclays Bank Delaware
125 S West St
Wilmington, DE 19801-5014

Barclays Bank Delaware
ATTENTION: CUSTOMER SUPPORT DEPARTMENT
Po Box 8833
Wilmington, DE 19899-8833

Benjamin S. Kafka
O'Connor Carnathan And Mack LLC
Landmark One, 1 Van De Graaf Drive
Burlington, MA 01803-5176

Bill Me Later
Po Box 2394
Omaha, NE 68103-2394

Bonin Marashian Pc
C/O Mardic Marashian
77 Franklin Street
Boston, MA 02110-1510

Brookline Endodontics Associates, Pc
1 Brookline Place, Suite 505
Brookline, MA 02445-7277

C I T I
PO Box 6077
Sioux Falls, SD 57117-6077

CBHV
PO Box 3495
Toledo, OH 43607-0495

CODOIL.COM
PO Box 6130
Chelsea, MA 02150-0010

Cambridge Savings Bank
Po Box 206
Cambridge, MA 02139

Cap One
CAPITAL ONE BANK (USA) N.A.
Po Box 30285
Salt Lake City, UT 84130-0285

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

(p)CHASE CARD SERVICES
201 NORTH WALNUT STREET
ATTN MARK PASCALE
MAIL STOP DE1-1406
WILMINGTON DE 19801-2920

Chase
Po Box 15298
Wilmington, DE 19850-5298

Chase Auto
150 E Campusview
Worthington, OH 43235-4648

Chase Auto
201 N CENTRAL AVE
Floor 11
Phoenix, AZ 85004-1071

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Citi
Credit Bureau Disp
Sioux Falls, SD 57117

Citi
Po Box 6241
Sioux Falls, SD 57117-6241

| | | |
|---|---|---|
| Citizens Bank<br>1 Citizens Dr<br>Riverside, RI 02915-3000 | Citizens Bank<br>480 JEFFERSON BLVD<br>Rje 135<br>Warwick, RI 02886-1359 | Citizens Bank<br>One Citizens Plaza<br>Providence, RI 02903-1339 |
| Client Services, Inc<br>3451 Harry Truman Blvd<br>St Charles, MO 63301-9816 | Creditors Interchange<br>5230 Washington Street<br>West Roxbury, MA 02132-6346 | Delta Outsource Group, Inc<br>Po Box 1210<br>O'fallon, MO 63366-9010 |
| Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 | Discover Fin Svcs Llc<br>Po Box 8003<br>Hilliard, OH 43026-8003 | Dsnb Bloom<br>9111 Duke Blvd<br>Mason, OH 45040-8999 |
| Dsnb Bloom<br>BLOOMINGDALE'S BANKRUPTCY<br>Po Box 8053<br>Mason, OH 45040-8053 | Exxmblciti<br>Po Box 103104<br>Roswell, GA 30076-9104 | Exxmblciti<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| Fireman & Associates, LLP<br>145 Rosemary Street, Suite E-2<br>Needham, MA 02494-3259 | First Data<br>1307 Walt Whitman Rd<br>Melville, NY 11747-4819 | First Data<br>265 Broad Hollow R<br>Melville, NY 11747-4833 |
| Fleet M/c<br>300 N Wakefield Dr<br>Newark, DE 19702-5419 | Fleet One<br>613 Bakertown Road<br>Nashville, TN 37013-2657 | Frederick J Hanna & Associates, PC<br>1427 Roswell Road<br>Marietta, GA 30062-3668 |
| Global Client Solutions, LLC<br>4500 South 129th East Ave, Ste 177<br>Tulsa, OK 74134-5870 | Hertz<br>Local Edition, HLE Comm. Dpt 1154<br>Po Box 121154<br>Dallas, TX 75312-1154 | Lustig Glaser & Wilson, PC<br>Po Box 9127<br>Needham, MA 02492-9127 |
| McFarlane Energy<br>95 Bridge Street<br>Dedham, MA 02026-1742 | Mercantile Adjustment Bureau, LLC<br>PO Box 9016<br>Williamsville, NY 14231-9016 | Michael Theodoro, Esq.<br>Cohn & Dussi<br>300 Trade Center<br>Woburn, MA 01801-7483 |
| Morrison Law Offices<br>C/O Wayne M. Morrison<br>284 Cabot Street<br>Beverly, MA 01915-4528 | New England Phoenix Company, Inc.<br>337 Freeport Street<br>Dorchester, MA 02122-3545 | (p)NISSAN MOTOR ACCEPTANCE CORPORATION<br>LOSS RECOVERY<br>PO BOX 660366<br>DALLAS TX 75266-0366 |
| Nissan-infiniti Lt<br>Po Box 660366<br>Dallas, TX 75266-0366 | North Shore Endodontic Associates<br>6 Essex Center Drive, Suite 109<br>Peabody, MA 01960-2905 | One Communications<br>2150 Holmgren Way<br>Green Bay, WI 54304-4606 |

| | | |
|---|---|---|
| Peoples United Bank<br>850 Main St<br>Bridgeport, CT 06604-4904 | Perkins Paper, Inc<br>630 John Hancock Road<br>Taunton, MA 02780-7380 | Petro DBA Cod/ACME Oil<br>C/O CBHV<br>Po Box 831<br>Newburgh, NY 12551-0831 |
| PlatePass, LLC<br>25274 Network Place<br>Chicago, IL 60673-1252 | Receivables Management Associates, Inc<br>100 Cummings Center, Suite 309J<br>Beverly, MA 01915-6107 | Retriever (NPC)<br>7851 West 185th Street, Ste 200<br>Tinley Park, IL 60477-6252 |
| Safety Insurance Company<br>PO Box 704<br>Boston, MA 02117-0704 | Sears/cbsd<br>701 East 60th St N<br>Sioux Falls, SD 57104-0432 | Tate & Kirlin Associates<br>2810 Southampton Road<br>Philadelphia, PA 19154-1207 |
| Td Auto Finance<br>5225 Crooks Rd Ste 140<br>Troy, MI 48098-2823 | Thomas O'Keefe<br>O'Keefe & Gale<br>180 West Central Street<br>Natick, MA 01760-3715 | Toyota Motor Credit Co<br>See Branch Listings<br>Brea, CA 92621 |
| (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Union Realty Trust<br>David Zussman, Trustee<br>93 Union Street<br>Newton Center, MA 02459-2296 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| Wayne M. Morrison<br>Morrison Law Offices<br>284 Cabot Street<br>Beverly, MA 01915-4528 | Wfnnb/victorias Secret<br>Po Box 182124<br>Columbus, OH 43218-2124 | Wfnnb/victorias Secret<br>Po Box 182128<br>Columbus, OH 43218-2128 |
| Workers Credit Union<br>815 Main St<br>Fitchburg, MA 01420-3171 | Zwicker & Associates, Pc<br>80 Minuteman Road<br>Andover, MA 01810-1008 | Gary W. Cruickshank<br>Law Office of Gary W.Cruickshank<br>21 Custom House Street<br>Suite 920<br>Boston, MA 02110-3525 |
| John Fitzgerald<br>Office of the US Trustee<br>J.W. McCormack Post Office & Courthouse<br>5 Post Office Sq., 10th Fl, Suite 1000<br>Boston, MA 02109-3901 | Sofia Maxman<br>149 Winslow Road<br>Waban, MA 02468-1743 | Yuri Levintoff<br>PO Box 281<br>Newton, MA 02456-0281 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>INSOLVENCY GROUPS-STOP 20800<br>PO BOX 9112<br>25 NEW SUDBURY STREET<br>Boston, MA 02203 | Bank Of America N.a.<br>4161 Piedmont Parkway<br>Greensboro, NC 27410 | Cap One<br>Po Box 85520<br>Richmond, VA 23285 |

| | | |
|---|---|---|
| Chase<br>Po Box 1093<br>Northridge, CA  91328 | Citi<br>CITICARD CREDIT SERVICES/CENTRALIZED BAN<br>Po Box 20507<br>Kansas City, MO  64195 | (d)Citibusiness Card<br>Po Box 183051<br>Columbus, OH  43218 |
| Nissan-infiniti Lt<br>2901 Kinwest Pkwy<br>Irving, TX  75063 | Toyota Motor Credit Co<br>TOYOTA FINANCIAL SERVICES<br>Po Box 8026<br>Cedar Rapids, IA  52408 | Us Bank<br>205 W Fourth Street<br>Cincinnati, OH  45202 |
| (d)Us Bank<br>C/O US BANK BANKRUPTCY DEPT<br>Po Box 5229<br>Cincinnati, OH  45201 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)CHIEF COUNSEL, LEGAL DEPARTMENT<br>DEPARTMENT OF UNEMPLOYMENT ASSISTANCE<br>COMMONWEALTH OF MASSACHUSETTS<br>19 STANIFORD STREET,1ST FLOOR<br>Boston, MA 02114-2502 | (d)MASS DEPT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 9564<br>BOSTON, MA 02114-9564 | (d)UNITED STATES ATTORNEY<br>JOHN JOSEPH MOAKLEY<br>UNITED STATES FEDERAL COURTHOUSE<br>1 COURTHOUSE WAY, SUITE 9200<br>Boston, MA 02210-3011 |
| (d)US DEPARTMENT OF LABOR<br>EMPLOYEE BENEFITS<br>JFK FEDERAL BUILDING<br>ROOM 575<br>Boston, MA 02203 | (d)C I T I<br>PO Box 6077<br>Sioux Falls, SD 57117-6077 |  |



Bk: 54284 Pg: 395  Doc: ATT
Page: 1 of 3   02/11/2010 12:14 PM

# Commonwealth of Massachusetts

MIDDLESEX, SS.  
[seal]

SUPERIOR COURT  
CIVIL ACTION  
NO. MICV2010-00299

NEW ENGLAND PHOENIX COMPANY, INC.
_____, Plaintiff

v.

PAN-O-RAMA INTERNATIONAL BAKERY, INC., SOFIA MAXMAN and FANNIE REZNIKOV a/k/a FANNI REZNIKOV, Defendant

## WRIT OF ATTACHMENT

To the sheriffs of out several counties or their deputies:

We command you to attach the goods or estate of defendant __SOFIA MAXMAN__, of __149 Winslow Rd., Newton, MA__, to the value of $ __90,000__ (the amount authorized), as prayed for by plaintiff __New England Phoenix Company, Inc.__, of __Boston, MA__ whose attorney is __Michael Theodore Cohn & Jussi, LLC__ of __300 Trade Center, Suite 3700, Woburn, MA__, in an action brought by said plaintiff __New England Phoenix Company, Inc.__ against said defendant __Sofia Maxman__ in the Superior Court for __Middlesex County__ County, and make due return of this writ with your doings thereon.

The complaint in this case was filed on __Jan 26__, __2010__ This attachment was approved on __Feb 3, 2010__, by __Billings__, J., in the amount of $ __90,000.00__

Witness. __Barbara J. Rouse__, Esquire at __Woburn__ the __3rd__ day of __February__, __2010__

A TRUE COPY ATTEST
Doreen Dell'Isola
DEPUTY SHERIFF
Middlesex County

_____ Clerk

NOTE: 1. This writ of attachment is issued pursuant to Rule 4.1 of the Massachusetts Rules of Civil Procedure.

# COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.

SUPERIOR COURT
CIVIL ACTION
No. 2010-00299

New England Phoenix Company, Inc.,  Pltff

v.

Paul O-Rama International,
Bassay, Inc., Sofia Maxima,
and Fannie Reznikov, Deft,
aka Fanni Reznikov
aka Faina Reznikov

## WRIT OF ATTACHMENT
(Mass. R. Civ. P. 4.1)

Feb 3 _____ 19 2010

After due notice and hearing, plaintiff appearing and defendant not appearing, plaintiff's application for leave to attach the real property of the defendant be and hereby is allowed.

_____
_____ J.

_____
Assistant Clerk

## PROOF OF ATTACHMENT

I hereby certify and return that on _____, 19___, I attached the property of the within-named defendant in the following manner:

Dated: _____, 19___

## PROOF OF SERVICE

I further certify and return that on _____, 19___, I served a copy of the within writ of attachment on the within-named defendant, in the following manner:

Dated: _____, 19___

MIDDLESEX SS    FEBRUARY 11, 2010

   By virtue of this writ of attachment, I this day at NINE o'clock and NO minutes A.M. attached all the right title and interest the within named defendant (S)
SOFIA MAXMAN
  has in and to any and all real estate in the county of Middlesex, in the Southern District thereof:

*Doreen Dell'isola*

DEPUTY SHERIFF

COHN & DUSSI, LLC
300 TRADE CENTER
SUITE 3700
WOBURN, MA 01801