UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

_____

IN RE:
SOFIA MAXMAN,                                           Chapter 7
        DEBTOR.                              Case No. 11-20414-WCH
_____

## ORDER

The "Debtor's Motion to Avoid Judicial Lien" of New England Phoenix Co., Inc., is **DENIED WITHOUT PREJUDICE** for failure to demonstrate that the lien impairs an exemption to which she is entitled or otherwise comply with any of the requirements of Massachusetts Local Bankruptcy Rule 4003-1(a).

_____
William C. Hillman
United States Bankruptcy Judge

Dated: January 20, 2015